# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **BRANDON CORDELL BENNETT,**  Defendant. | CR 17-68-GF-BMM  ORDER |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on August 15, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 18 U.S.C. 2253(a).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 18 U.S.C. 2253(a) free from the claims of any other party:

- Samsung Galaxy S III, model SGH-I747

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of October, 2018.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge