# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **BRANDON CORDELL BENNETT,** <br><br> Defendant. | CR 17-68-GF-BMM <br><br><br> **ORDER GRANTING MOTION TO REDACT TRANSCRIPT** |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' Motion to Redact Transcript is GRANTED. The United States may file a redaction request identifying the locations in the transcript where the adult victim-witnesses' names shall be redacted to their initials.

Dated this 1st day of May, 2019.

_____
Brian Morris
United States District Court Judge